UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                            Chapter 11
                                                                                          Case No. 15-72490-LAS
VISITING NURSE ASSOCIATION OF
LONG ISLAND, INC.,

                Debtor.
-------------------------------------------------------X

**FINAL ORDER RELATING TO DEBTOR'S MAINTENANCE OF BANK ACCOUNTS, USE OF BUSINESS FORMS AND GRANTING RELATED RELIEF**

        Upon the motion (the "Motion") of Visiting Nurse Association of Long Island, Inc., the debtor and debtor in possession (the "Debtor"), by its attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an order authorizing, among other things, the Debtor to continue (a) to maintain and utilize a certain existing pre-petition bank account, and (b) the use of its existing business forms and checks; and upon the interim Order of the Court dated July 20, 2015 (the "Interim Order") [Docket No. 37]; and upon the prior hearings and proceedings held herein, including the final hearing on the Motion held before the Court on August 11, 2015 (the "Hearing"), the transcript of the Hearing being incorporated herein; and no further notice being necessary or required; and sufficient cause appearing therefor, it is

        **ORDERED,** that the relief requested by the Motion, as granted and set forth in the Interim Order, shall hereby be deemed approved on a final basis.



**Dated: August 28, 2015**  
        **Central Islip, New York**

                                                              **Louis A. Scarcella**  
                                                     **United States Bankruptcy Judge**